**Sarah R. Liljefelt, OSB 104396**
Email: sliljefelt@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone:   503.224.6440
Facsimile:   503.224.7324

Attorneys for Gallagher Fiduciary Advisors, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,**<br><br>                    Plaintiff,<br><br>      v.<br><br>**ROBERT B. PAMPLIN, JR., AN INDIVIDUAL; R.B. PAMPLIN CORPORATION, AN OREGON CORPORATION; AND R.B. PAMPLIN CORPORATION & SUBSIDIARIES PENSION PLAN, AN EMPLOYEE BENEFIT PLAN,**<br><br>                    Defendants. | No. 3:24-cv-01548-YY<br><br>**REPORT OF INDEPENDENT FIDUCIARY UNDER SECTION 64 OF CONSENT JUDGMENT** |

Pursuant to Section 64 of the Consent Judgment and Permanent Injunction entered in this matter on December 26, 2024, attached is the Report of Gallagher Fiduciary Advisors, LLC.

Dated this 26th day of June, 2025.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

 /s/ Sarah R. Liljefelt
**Sarah R. Liljefelt, OSB 104396**
Email: sliljefelt@dunncarney.com
Telephone: 503.224.6440
Facsimile: 503.224.7324
Attorneys for Gallagher Fiduciary Advisors, LLC

## Gallagher/Pamplin
## Consent and Permanent Injunction Filed December 26, 2024
### Case No.: 3:24-cv-01548-YY
(as of June 26, 2025)

|   | Item | Section | Due Date | Status |
|---|------|---------|----------|--------|
| 1. | Defendants to Transfer of Pamplin Ranchland (Listed on Exhibit 8) to Pension Plan | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deeds were executed on January 23, 2025. Deeds were recorded. |
| 2. | Plan to Transfer of Ross Island to Pamplin Corporation | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 22, 2025. Deed was recorded. |
| 3. | Plan to Transfer of Tait to Pamplin Corporation | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 22, 2025. Deed was recorded. |
| 4. | Defendants to Transfer of Remaining 1% in Carlson/Konkler | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 5. | Defendants to Transfer of Remaining 4.5% interest Swan II | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 6. | Defendants to Transfer of Remaining 32.25% interest Johnson | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 7. | Defendants to place Trust Deed (Exhibit 9) on $3,000,000 | X. 69 | 30 days from December 26, 2024 (January 24, 2025) | Trust Deed on Property F was executed on January 23, 2025. Trust Deed was recorded. |
| 8. | Defendants to identify possible Settlement Assets ($23,100,000) | VIII. 43 | 14 days from December 26, 2024 (January 9, 2025) | Completed on or before January 9, 2025. |

## Gallagher/Pamplin
## Consent and Permanent Injunction Filed December 26, 2024
## Case No.: 3:24-cv-01548-YY
### (as of June 26, 2025)

| #  | Action | Ref | Deadline | Status |
|----|--------|-----|----------|--------|
| 9. | Defendants to place Trust Deeds (Exhibit 9) on Settlement Assets ($23,100,000) | VII. 37 | 45 days from December 26, 2024 (February 9, 2025) | Trust deeds were executed on February 17, 2025. Trust deeds were recorded. |
| 10. | Defendants to provide Appraisals of possible Settlement Assets | VIII. 44 | Within 45 days from January 9, 2025 (March 26, 2025) | Completed on or before January 9, 2025. |
| 11. | Defendants to provide documents pertaining to possible Settlement Assets | VIII. 47 and 48 | Within 30 days from the date the assets were proposed (February 8, 2025) | Defendants provided responses to IF on or before February 8, 2025. |
| 12. | IF to approve or reject, in whole or in part, the proposed assets to be transferred to the Plan (not an agreement or admission that any valuation or appraisal is correct) | VIII. 50 | Within 30 days from receipt of proposed list (February 9, 2025) | IF approved the proposed assets on February 6, 2025. |
| 13. | Defendants to Transfer approved Settlement Assets to Plan | VIII. 51 | 30 days following IF's approval (March 11, 2025) | Deeds were executed on March 11, 2025. Deeds were recorded. |
| 14. | Release of Trust Deeds placed on Settlement Assets | Per Trust Deed | 90 days from January 9, 2025 (April 9, 2025) | Reconveyances were signed on March 11, 2025. Reconveyances were recorded. |

Additional Notes:

- Parcel F was transferred to the Plan as an additional Settlement Asset. The deed was recorded on June 18, 2025.
- A Trust Deed was placed on Parcel R to replace the Trust Deed on Parcel F and was recorded on June 18, 2025.
- The Trust Deed originally placed on Property F was reconveyed on June 23, 2025.



*Report by the Independent Fiduciary on behalf of the R. B. Pamplin Corporation and Subsidiaries Pension Plan and Trust under Section 64 of the Consent Judgment, Case 3:24-cv-01548, filed December 26, 2024*

*Report Date: June 26, 2025*

| | - designates Criterion property on Master List of Property |
|---|---|
| | - designates Fessler property on Master List of Property |
| | - designates Willowdale property on Master List of Property |

| Description | Property | Cost | Appraised Value as of 12/31/24 | Date of Sale (Closing Date) | Accepted Offer Price | Adjusted Contract Sales Price | Less Tax Prorations | Less Commissions | Less Title & Escrow and other Miscellaneous Charges | Net Sale Price | Trailing Escrow Per Sale | Sales Loss Amount | Monthly Lease Payments Due | Unpaid Lease Amounts as of Date of Consent Judgement | Total Unpaid Lease Amounts as of Date of Report | Total Unpaid Water Bills as of Date of Report | Total Unpaid Prior Year Taxes as of Date of Report | Total Sales Loss Amount (including all unpaid lease payments, water bills and taxes) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plan Building | Gresham Press | $1,550,000 | $1,690,000 | 6/24/2025 | $1,600,000 | $1,434,000 | -$39,263 | -$86,040 | -$131,288 | $1,177,409 | $175,000 | -$372,591 | $10,584 | $31,752 | $95,256 | $0 | $0 | -$467,847 |
| Plan Building | Madras office building | $370,000 | $380,000 | 2/28/2025 | $395,000 | $395,000 | -$4,468 | -$23,700 | -$2,323 | $364,509 | $0 | -$5,491 | $2,331 | $7,109 | $11,771 | $0 | $0 | -$17,262 |
| Plan Building | Prineville office and printing plant | $640,000 | $700,000 | | | | | | | | | | $5,582 | $76,082 | $109,574 | $0 | $12,180 | -$121,754 |
| Plan Vacant Land | Lake Oswego tract | $1,100,000 | $1,080,000 | | | | | | | | | | $7,333 | $168,659 | $212,657 | $0 | $2,362 | -$215,019 |
| Plan Farmland | Yamhill house | $656,000 | $850,000 | 5/30/2025 | $775,000 | $750,000 | -$2,772 | -$45,000 | -$4,823 | $697,405 | $0 | $41,405 | $1,720 | $39,560 | $48,160 | $0 | $0 | -$6,755 |
| Plan Farmland | Yamhill vineyards and winery | $5,200,000 | $5,400,000 | | | | | | | | | | $9,563 | $219,939 | $277,315 | $0 | $7,649 | -$284,964 |
| Plan Ranchland | McDonald Property - 588, 622, 642, 8610, 8608 | $1,610,000 | $1,730,000 | | | | | | | | | | $1,838 | $42,263 | $53,288 | $0 | $799 | -$54,087 |
| Plan Ranchland | Friend - 8612, 8613, 8614, 8650, 8753, 8777 | $1,060,000 | $1,160,000 | | | | | | | | | | $1,433 | $277,959 | $286,557 | $0 | $764 | -$287,321 |
| Plan Ranchland | Gay - 549, 551, 11715, 12875, 12876, 12903 | $2,120,000 | $2,220,000 | | | | | | | | | | $1,230 | $28,290 | $35,670 | $0 | $469 | -$36,139 |
| Plan Ranchland | Swan - 11688, 12644, 12674, 12675, 12684, 12687, 12742, 12793, 12794, 12797, 12798, 12799, 12800, 12802, 12810, 12814, 12816, 12817, 12871, 12887, 12888, 12889, 12890, 12891, 12892, 12893 | $11,580,000 | $12,000,000 | | | | | | | | | | $4,300 | $98,900 | $124,700 | $0 | $8,427 | -$133,127 |
| Plan Ranchland | Warnock Ranch - 12648, 12792, 16412 | $4,380,000 | $4,650,000 | | | | | | | | | | $5,733 | $131,859 | $166,257 | $0 | $816 | -$167,073 |
| Plan Ranchland | Carlson/Konkler - 122, 216, 217, 225, 226, 227, 228, 229, 268, 270, 291, 297, 583 | $2,261,200 | $2,850,000 | | | | | | | | | | $941 | $21,643 | $27,289 | $15,322 | $3,686 | -$46,297 |
| Plan Ranchland | Rhode - 51, 66 | $1,240,000 | $1,300,000 | | | | | | | | | | $3,280 | $75,440 | $95,120 | $12,649 | $4,409 | -$112,178 |
| Plan Ranchland | Grabhorn - 241, 395, 399 | $1,645,000 | $1,700,000 | | | | | | | | | | $4,603 | $105,877 | $133,497 | $16,048 | $4,698 | -$154,244 |
| Plan Ranchland | Cooper - 351, 352, 397, 11225 | $1,585,000 | $1,600,000 | | | | | | | | | | $3,755 | $86,365 | $108,895 | $4,991 | $6,133 | -$120,019 |
| Plan Ranchland | Swan II - 12682, 15182, 15311 | $1,666,475 | $1,940,000 | | | | | | | | | | $4,775 | $105,050 | $133,700 | $0 | $6,810 | -$140,510 |
| Plan Ranchland | Johnson - 11711 | $1,497,450 | $3,900,000 | | | | | | | | | | $3,750 | $78,750 | $101,250 | $0 | $41 | -$101,291 |
| Plan Resort Property | Trion Lodge | $1,170,000 | $1,300,000 | | | | | | | | | | $7,667 | $0 | $0 | $0 | $0 | $0 |
| Pamplin Ranchland Swapped for Tait & RI | 231, 269, 289, 290, 292, 293, 294, 298, 348, 350 | $3,250,000 | $3,250,000 | | | | | | | | | | | $0 | $0 | $0 | $56,423 | -$56,423 |
| Pamplin Ranchland Swapped for Tait & RI | 564, 586, 594, 595, 596, 597, 598, 599, 600, 604, 605, 611, 612, 8607, 11722, 11714, 12902, 11723, 11726, 12898, 12899, 12886 | $5,190,000 | $5,190,000 | | | | | | | | | | | $0 | $0 | $24,610 | $101,599 | -$126,209 |
| Pamplin Ranchland Swapped for Tait & RI | 593, 607, 627, 8617, 8778, 12786 | $13,010,000 | $13,010,000 | | | | | | | | | | | $0 | $0 | $3,521 | $31,406 | -$34,927 |
| Settlement Asset (Property A) | R3203 03400 | $1,200,000 | $1,200,000 | | | | | | | | | | | $0 | $0 | $0 | $28,214 | -$28,214 |
| Settlement Asset (Property B) | R3203 03410 | $2,580,000 | $2,580,000 | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 |
| Settlement Asset (Property C) | R3203 03409 | $420,000 | $420,000 | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 |
| Settlement Asset (Property D) | R3203 03401 | $430,000 | $430,000 | | | | | | | | | | | $0 | $0 | $0 | $0 | $0 |
| Settlement Asset (Property E) | R3203 03202 | $8,400,000 | $8,400,000 | | | | | | | | | | | $0 | $0 | $0 | $103,160 | -$103,160 |
| Settlement Asset (Property F) | 3S2020001200 | $3,000,000 | $3,000,000 | | | | | | | | | | | $0 | $0 | $0 | $4,349 | -$4,349 |
| Settlement Asset (Property G) | R3203 03200 | $640,000 | $640,000 | | | | | | | | | | | $0 | $0 | $0 | $1,942 | -$1,942 |
| Settlement Asset (Property H) | R3203 03300 | $575,000 | $575,000 | 6/20/2025 | $575,000 | $575,000 | -$12,720 | -$34,500 | -$5,094 | $522,686 | $0 | -$52,314 | | $0 | $0 | $0 | $0 | -$52,314 |
| Settlement Asset (Property K) | R3203 03100 | $9,100,000 | $9,100,000 | | | | | | | | | | | $0 | $0 | $0 | $130,574 | -$130,574 |
| | Total | $89,126,125 | $94,245,000 | | $3,345,000 | $3,154,000 | -$59,223 | -$189,240 | -$143,528 | $2,762,009 | | -$388,991 | $80,417 | $1,595,497 | $2,020,955 | $77,142 | $516,911 | -$3,003,999 |



| | | - designates selected Settlement Assets |
| | | - designates additional Settlement Assets added to the Plan |

### Pamplin-owned Property Job - Newmark #24-0213080

| Newmark Order Number | Pamplin Land Number (Map) | Address | Acres | Homesite | Planted | Plantable | Hazelnut | Ancillary | Tax ID Numbers | County | State | Appraisal Value Conclusion (11/4/2024) | Value Per Acres | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R | 33060 SW Bell Rd | 20.15 | 2.50 | 13.42 | | | 4.23 | 3S211B000101 | Washington | Oregon | $2,825,000 | $140,199 | land; indoor and outdoor tennis courts; vineyards; well |
| 2 | F | 32255 SW Bell Rd | 78.67 | 2.00 | 3.74 | 20.00 | 12.50 | 40.43 | 3S2020001200 | Washington | Oregon | $3,000,000 | $38,134 | land; buildings; vineyards; hazelnut; forest; well |
| 3 | G | 31875 NE Bell Rd. | 9.00 | 1.50 | | | 1.08 | 6.42 | R3203 03200 | Yamhill | Oregon | $640,000 | $71,111 | land; buildings; hazelnut; well |
| 4 | E | 31461 NE Bell Rd. | 57.91 | 8.00 | 1.62 | | 27.23 | 21.06 | R3203 03202 | Yamhill | Oregon | $8,400,000 | $145,053 | land; vineyards; hazelnut; buildings; 7 wells |
| 5 | H | 31875 NE Bell Rd. | 0.91 | 0.91 | | | | | R3203 03300 | Yamhill | Oregon | $575,000 | $631,868 | land; buildings; well |
| 6 | N | 31450 NE Bell Rd. | 5.00 | 1.00 | | | 1.45 | 2.55 | R3210 00200 | Yamhill | Oregon | $825,000 | $165,000 | Missing the appraisal for N |
| 7 | M | 15800 NE Quarry Rd. | F | 2.50 | 3.37 | | | 14.13 | R3210 00300 | Yamhill | Oregon | $2,475,000 | #VALUE! | land; vinyard; buildings; well |
| 8 | C | 16850 NE Leander Dr. | 2.50 | | | | 2.50 | | R3203 03409 | Yamhill | Oregon | $420,000 | $168,000 | land; hazelnut; well |
| 9 | B | 16850 NE Leander Dr. | 22.43 | 2.70 | 2.12 | | 14.50 | 3.11 | R3203 03410 | Yamhill | Oregon | $2,580,000 | $115,025 | land; buildings; vineyards; hazelnut; well |
| 10 | K | 31235 NE Bell Rd. | 43.81 | 5.00 | 14.88 | | 6.50 | 17.43 | R3203 03100 | Yamhill | Oregon | $9,100,000 | $207,715 | land; buildings; vineyards; hazelnut; well |
| 11 | D | 16850 NE Leander Dr. | 2.50 | 2.50 | | | | | R3203 03401 | Yamhill | Oregon | $430,000 | $172,000 | land; buildings |
| 12 | A | 16850 NE Leander Dr. | 24.55 | 1.65 | 3.10 | | 16.00 | 3.80 | R3203 03400 | Yamhill | Oregon | $1,200,000 | $48,880 | land; buildings; vineyards; hazelnut; well |
| **Total (Does Not Include A & C)** | | | **267.43** | | | | | | | | | **$32,470,000** | | |

### Extra Values Dr. Pamplin Requested Upon Site Inspection

| Newmark Order Number | Pamplin Land Number (Map) | Address | Acres | Homesite | Planted | Plantable | Hazelnut | Ancillary | Tax ID Numbers | County | State | Appraisal Value Conclusion (11/4/2024) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F (Hypothetical As Subdivided in Half) | 32255 SW Bell Rd | 39.34 | | 3.74 | | 5.00 | 30.60 | Part of 3S2020001200 | Washington | Oregon | $840,000 |
| | A & C Combined | 31245 Northeast Bell rd. | 27.05 | | | | | | R3203 03400 & R3203 03409 | Yamhill | Oregon | $1,690,000 |
| **Total (Does Not Include A & C)** | | | **39.34** | | | | | | | | | **$2,530,000** |







█ - designates Criterion property on Master List of Property

█ - designates Fessler property on Master List of Property

█ - designates Willowdale property on Master List of Property

The combination of Criterion, Fessler and Willowdale is called Cross Keys Ranch

### Listing Addendum

| Property | Listed Price | Total Acres | Tax ID Numbers |
|---|---|---|---|
| Criterion | $29,900,000 | 33,219 | Jefferson County: 549, 551, 564, Portion of 586/8607, Portion of 594, 595, 596, 597, 598, 599, 600, 604, Portion of 605, 611, 612, Wasco County: 11688, 11711, 11715, 11722, 11723, 11726, 12644, 12648, 12674, 12675, 12682, 12684, 12687, 12742, 12792, 12793, 12794, 12797, 12798, 12799, 12800, 12802, 12810, 12814, 12816, 12817, 12871, 12875, 12876, 12886, 12887, 12888, 12889, 12890, 12891, 12892, 12893, 12898 & 11711, 12899, 12902 & 11714, 12903, 15182, 15311, 16412 |
| Fessler | $10,700,000 | 4,544.01 | Jefferson County: 51, 66, 122, 216, 217/519897, 225, 226, 227, 228, 229, 231, 241, 268, 269, 270, 289, 290, 291, 292, 293, 294, 297, 298, 348, 350, 351, 352, 397, 395, 399, 11225 |
| Willowdale | $15,900,000 | 13,324.18 | Jefferson County: Portion of 586/8607, 588/8608, 593, Portion of 594, Portion of 605, 607, 622, 627, 642, 8610, 8612, 8613, 8614, 8617, 8650, 8753, 8777, 8778, 12786 |
| Cross Keys Ranch | $52,250,000 | 51,087.42 | All Tax ID Numbers listed above |



6/26/2025

**Report by Gallagher Fiduciary Advisors, LLC**
*on behalf of the R. B. Pamplin Corporation and Subsidiaries Pension Plan & Trust*

*Service Level 1 Fees and Expenses paid for by the Plan TO DATE which must be reimbursed from Pamplin Corporation in accordance with Consent Judgement*

| Description | Amount | Notes | |
|---|---|---|---|
| Total Sales Loss Amounts as of Date of Report | $388,991 | From Master List of Property Tab | |
| Total Unpaid Lease Amounts as of Date of Report | $2,020,955 | From Master List of Property Tab | |
| Total Unpaid Waterbills as of Date of Report | $77,142 | From Master List of Property Tab | |
| Total Unpaid Taxes as of Date of Report | $516,911 | From Master List of Property Tab | |
| | | | |
| *Total Sales Loss Amounts, Unpaid Lease Amounts, Unpaid Waterbills and Unpaid Taxes as of Date of Report* | **$3,003,999** | | |
| *Expenses Billed or Paid as of the Date of the Report* | | | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 302925 from October 2023 | $9,788 | Paid 5/23/2024 | Pamplin Corp paid $25,000 on invoice #302925 ($34,787.50) |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 302926 from November 2023 | $11,688 | Paid 5/23/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 305223 from December 2023 | $6,280 | Paid 5/23/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326147 from January 2024 | $14,575 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326158 from February 2024 | $14,300 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326163 from March 2024 | $5,088 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326164 from April 2024 | $19,388 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326165 from May 2024 | $26,538 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326167 from June 2024 | $14,163 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327699 from July 2024 | $36,300 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327702 from August 2024 | $28,188 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327703 from September 2024 | $15,813 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327704 from October 2024 | $30,113 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 329246 from November 2024 | $18,838 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 334683 from December 2024 | $27,500 | Paid 3/3/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 336252 from January 2025 | $17,188 | Paid 5/22/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 337603 from February 2025 | $23,788 | Paid 5/22/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 339006 from March 2025 | $23,787 | Paid 5/22/2025 | |
| Newmark 2023 appraisals, Invoice 394501 from January 2024 | $82,500 | Paid 5/28/2024 | |
| Newmark 2024 appraisals, Invoice 435309 from January 2025 | $53,600 | Paid 5/22/2025 | |
| IRR Retainer Fee - appraisal of Cross Keys Ranch | $15,000 | Paid 6/16/2025 | |
| Barran Liebman legal fees, Invoice 109161 from August 2024 | $8,245 | Paid 12/27/2024 | |
| Dunn Carney legal fees, Invoice 1551581 from August 2024 | $6,305 | Paid 12/27/2024 | |
| Dunn Carney legal fees, Invoice 1556466 from November 2024 | $1,954 | Paid 5/19/2025 | |
| Dunn Carney legal fees, Invoice 1559175 from January 2025 | $1,955 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1560759 from February 2025 | $1,587 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1557426 from March 2025 | $600 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1561694 from March 2025 | $901 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1561976 from March 2025 | $11,183 | Paid 5/19/2025 | |
| Dunn Carney legal fees, Invoice 1563942 from April 2025 | $5,359 | Paid 6/13/2025 | |
| Morgan Lewis legal fees, Invoice 5324372 from November 2023 | $3,544 | Paid 3/26/2024 | |
| Morgan Lewis legal fees, Invoice 5346560 from December 2023 | $1,519 | Paid 5/28/2024 | |
| Morgan Lewis legal fees, Invoice 5364717 from January 2024 | $3,899 | Paid 5/28/2024 | |
| Morgan Lewis legal fees, Invoice 5386145 from February 2024 | $17,897 | Paid 5/28/2024 | |
| Morgan Lewis legal fees, Invoice 5404479 from March 2024 | $25,828 | Paid 5/28/2024 | |
| Morgan Lewis legal fees, Invoice 5424734 from April 2024 | $439 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5446149 from May 2024 | $4,198 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5487675 from July 2024 | $4,198 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5509795 from August 2024 | $3,294 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5533605 from September 2024 | $21,876 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5548144 from October 2024 | $16,330 | Paid 12/27/2024 | |
| Morgan Lewis legal fees, Invoice 5568856 from November 2024 | $25,000 | Paid 5/19/2025 | |
| Morgan Lewis legal fees, Invoice 5586251 from December 2024 | $17,211 | Paid 5/19/2025 | |
| Morgan Lewis legal fees, Invoice5608471 from January 2025 | $98,329 | Paid 5/19/2025 | |
| Morgan Lewis legal fees, Invoice 5625701 from February 2025 | $70,062 | Paid 5/19/2025 | |
| Morgan Lewis legal fees, Invoice 5667448 from March 2025 | $75,076 | Paid 6/13/2025 | |
| Stewart Title, Invoice 80070 | $19,105 | Paid 12/27/2024 | |
| Exit Strategies, Invoice 3536 from February 2025 | $5,000 | Paid 2/3/2025 | |
| Exit Strategies, Invoice 3649 from March 2025 | $8,000 | Paid 6/12/2025 | |
| CSC Invoice 20017864845 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864849 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864856 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864860 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864865 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864869 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864873 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864876 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864879 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864887 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864898 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864902 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864905 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864913 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864917 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864920 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864934 | $378 | Paid 5/27/2025 | |
| CSC Invoice 20017864937 | $378 | Paid 5/27/2025 | |
| Dealin' In Signs Invoice 18207 | $500 | Paid 5/27/2025 | |
| Dealin' In Signs Invoice 18341 | $269 | Paid 5/27/2025 | |
| Results Partners Invoice 951-004770 | $32,221 | Paid 6/12/2025 | |
| Results Partners Invoice 958-004763 | $23,273 | Paid 6/12/2025 | |
| Viscosity - Water Treatment System for Yamhill House closing | $20,486 | Paid 6/19/2025 | |
| Partner RESI - Phase I reports on farm properties | $27,900 | Paid 6/19/2025 | |
| Phillips Pump invoices for Anne Amie Vineyard | $11,553 | Paid 6/19/2025 | |
| Ranch services (April 16th to May 15th) | $20,407 | Paid 5/27/2025 | |
| Ranch services (May 16th to June 15th) | $20,529 | Paid 6/19/2025 | |
| Smoke detectors, dump fees and fuel for Yamhill House incurred by Alvaro Fontan | $2,546 | Paid 6/10/2025 | |
| Albina deposit for Arbitrator | $2,500 | Paid 5/16/2025 | |
| Wasco Electric Bills | $3,225 | Paid 5/30/2025 | |
| Central Electric Bills | $12,066 | Paid 5/30/2025 | |
| Chubb - Insurance Policies from January 2025 | $152,357 | Paid 1/23/2025 | |
| Chubb - Insurance Policies from January 2025 | $12,285 | Paid 1/23/2025 | |
| | | | |
| *Total of Expenses Billed or Paid as of the Date of the Report* | **$1,302,232** | | |