**Sarah R. Liljefelt, OSB 104396**
Email: sliljefelt@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone: 503.224.6440
Facsimile: 503.224.7324

Attorneys for Gallagher Fiduciary Advisors, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JULIE A. SU, ACTING SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,**

Plaintiff,

v.

**ROBERT B. PAMPLIN, JR., AN INDIVIDUAL; R.B. PAMPLIN CORPORATION, AN OREGON CORPORATION; AND R.B. PAMPLIN CORPORATION & SUBSIDIARIES PENSION PLAN, AN EMPLOYEE BENEFIT PLAN,**

Defendants.

No. 3:24-cv-01548-YY

**REPORT OF INDEPENDENT FIDUCIARY UNDER SECTION 64 OF CONSENT JUDGMENT**

Pursuant to Section 64 of the Consent Judgment and Permanent Injunction entered in this matter on December 26, 2024, attached is the Report of Gallagher Fiduciary Advisors, LLC.

Dated this 25th day of September, 2026.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/ Sarah R. Liljefelt*

**Sarah R. Liljefelt, OSB 104396**
Email: sliljefelt@dunncarney.com
Telephone: 503.224.6440
Facsimile: 503.224.7324
Attorneys for Gallagher Fiduciary Advisors, LLC

**Report Date: September 26, 2026**
**Note: There have been no changes to this report since issued on September 26, 2025**

## Gallagher/Pamplin
## Consent and Permanent Injunction Filed December 26, 2024
## Case No.: 3:24-cv-01548-YY
(as of September 26, 2025)

| | Item | Section | Due Date | Status |
|---|---|---|---|---|
| 1. | Defendants to Transfer of Pamplin Ranchland (Listed on Exhibit 8) to Pension Plan | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deeds were executed on January 23, 2025. Deeds were recorded. |
| 2. | Plan to Transfer of Ross Island to Pamplin Corporation | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 22, 2025. Deed was recorded. |
| 3. | Plan to Transfer of Tait to Pamplin Corporation | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 22, 2025. Deed was recorded. |
| 4. | Defendants to Transfer of Remaining 1% in Carlson/Konkler | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 5. | Defendants to Transfer of Remaining 4.5% interest Swan II | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 6. | Defendants to Transfer of Remaining 32.25% interest Johnson | VI. 34 | 30 days from December 26, 2024 (January 24, 2025) | Deed was executed on January 23, 2025. Deed was recorded. |
| 7. | Defendants to place Trust Deed (Exhibit 9) on $3,000,000 | X. 69 | 30 days from December 26, 2024 (January 24, 2025) | Trust Deed on Property F was executed on January 23, 2025. Trust Deed was recorded. |
| 8. | Defendants to identify possible Settlement Assets ($23,100,000) | VIII. 43 | 14 days from December 26, 2024 (January 9, 2025) | Completed on or before January 9, 2025. |

**Gallagher/Pamplin**
**Consent and Permanent Injunction Filed December 26, 2024**
**Case No.: 3:24-cv-01548-YY**
**(as of September 26, 2025)**

| | | | | |
|---|---|---|---|---|
| 9. | Defendants to place Trust Deeds (Exhibit 9) on Settlement Assets ($23,100,000) | VII. 37 | 45 days from December 26, 2024 (February 9, 2025) | Trust deeds were executed on February 17, 2025. Trust deeds were recorded. |
| 10. | Defendants to provide Appraisals of possible Settlement Assets | VIII. 44 | Within 45 days from January 9, 2025 (March 26, 2025) | Completed on or before January 9, 2025. |
| 11. | Defendants to provide documents pertaining to possible Settlement Assets | VIII. 47 and 48 | Within 30 days from the date the assets were proposed (February 8, 2025) | Defendants provided responses to IF on or before February 8, 2025. |
| 12. | IF to approve or reject, in whole or in part, the proposed assets to be transferred to the Plan (not an agreement or admission that any valuation or appraisal is correct) | VIII. 50 | Within 30 days from receipt of proposed list (February 9, 2025) | IF approved the proposed assets on February 6, 2025. |
| 13. | Defendants to Transfer approved Settlement Assets to Plan | VIII. 51 | 30 days following IF's approval (March 11, 2025) | Deeds were executed on March 11, 2025. Deeds were recorded. |
| 14. | Release of Trust Deeds placed on Settlement Assets | Per Trust Deed | 90 days from January 9, 2025 (April 9, 2025) | Reconveyances were signed on March 11, 2025. Reconveyances were recorded. |

Additional Notes:

- Parcel F was transferred to the Plan as an additional Settlement Asset. The deed was recorded on June 18, 2025.
- A Trust Deed was placed on Parcel R to replace the Trust Deed on Parcel F and was recorded on June 18, 2025.
- The Trust Deed originally placed on Property F was reconveyed on June 23, 2025.

Gallagher
Insurance | Risk Management | Consulting

*Report by the Independent Fiduciary on behalf of the R. B. Pamplin Corporation and Subisidiaries Pension Plan and Trust under Section 64 of the Consent Judgment, Case 3:24-cv-01548, filed December 26, 2024*

*Report Date: September 26, 2026*

- designates Criterion property on Master List of Property

- designates Fessler property on Master List of Property

- designates Willowdale property on Master List of Property

| Description | Property | Cost | Appraised Value as of 12/31/24** | Appraised Value as of 12/31/25 | Date of Sale (Closing Date) | Accepted Offer Price | Adjusted Contract Sales Price | Less Tax Prorations | Less Commissions | Less Title & Escrow and other Miscellaneous Charges | Net Sale Price | Trailing Escrow | Sales Loss Amount | Monthly Lease Payments Due | Unpaid Lease Amounts as of Date of Consent Judgement | Total Unpaid Lease Amounts as of Date of Report | Total Unpaid Water Bills as of Date of Report | Total Unpaid Prior Year Taxes as of Date of Report* | Total Sales Loss Amount (including all unpaid lease payments, water bills and taxes) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plan Building | Gresham Press | $1,550,000 | $1,690,000 | n/a | 6/24/2025 | $1,600,000 | $1,434,000 | -$39,263 | -$86,040 | -$6,288 | $1,302,409 | $0 | -$247,591 | $10,584 | $31,752 | $95,256 | $0 | $0 | -$342,847 |
| Plan Building | Madras office building | $370,000 | $380,000 | n/a | 2/28/2025 | $395,000 | $395,000 | -$4,468 | -$23,700 | -$2,323 | $364,509 | $0 | -$5,491 | $2,331 | $6,993 | $11,655 | $0 | $0 | -$17,146 |
| Plan Building | Prineville office and printing plant | $640,000 | $700,000 | $780,000 | 9/24/2026 | $650,000 | $650,000 | $9,195 | -$39,000 | -$4,175 | $616,020 | $0 | -$23,980 | $5,582 | $76,082 | $193,304 | $0 | $0 | -$217,284 |
| Plan Vacant Land | Lake Oswego tract | $1,100,000 | $1,080,000 | $790,000 | | | | | | | | | | $7,333 | $168,659 | $322,652 | $0 | $0 | -$322,652 |
| Plan Farmland | Yamhill house | $656,000 | $850,000 | n/a | 5/30/2025 | $775,000 | $750,000 | -$2,772 | -$45,000 | -$4,823 | $697,405 | $0 | $41,405 | $1,720 | $39,560 | $48,160 | $0 | $0 | -$6,755 |
| Plan Farmland | Yamhill vineyards and winery | $5,200,000 | $5,400,000 | $4,000,000 | | | | | | | | | | $9,563 | $219,939 | $420,753 | $0 | $0 | -$420,753 |
| Plan Ranchland | McDonald Property - 588, 622, 642, 8610, 8608 | $1,610,000 | $1,730,000 | See Below | | | | | | | | | | $1,838 | $42,263 | $80,850 | $0 | $0 | -$80,850 |
| Plan Ranchland | Friend - 8612, 8613, 8614, 8650, 8753, 8777 | $1,060,000 | $1,160,000 | See Below | 4/22/2026 | $941,325 | $941,325 | $24 | -$56,480 | -$3,213 | $881,656 | $0 | -$178,344 | $1,433 | $32,959 | $55,887 | $0 | $0 | -$234,231 |
| Plan Ranchland | Gay - 549, 551, 11715, 12875, 12876, 12903 | $2,120,000 | $2,220,000 | See Below | | | | | | | | | | $1,230 | $28,290 | $54,120 | $0 | $0 | -$54,120 |
| Plan Ranchland | Swan - 11688, 12644, 12674, 12675, 12684, 12687, 12742, 12793, 12794, 12797, 12798, 12799, 12800, 12802, 12810, 12814, 12816, 12817, 12871, 12887, 12888, 12889, 12890, 12891, 12892, 12893 | $11,580,000 | $12,000,000 | See Below | | | | | | | | | | $4,300 | $98,900 | $189,200 | $0 | $0 | -$189,200 |
| Plan Ranchland | Warnock Ranch - 12648, 12792, 16412 | $4,380,000 | $4,650,000 | See Below | | | | | | | | | | $5,733 | $131,859 | $252,252 | $0 | $0 | -$252,252 |
| Plan Ranchland | Carlson/Konkler - 122, 216, 217, 225, 226, 227, 228, 229, 268, 270, 291, 297, 583 | $2,261,200 | $2,850,000 | See Below | | | | | | | | | | $941 | $21,643 | $41,404 | $0 | $0 | -$41,404 |
| Plan Ranchland | Rhode - 51, 66 | $1,240,000 | $1,300,000 | See Below | | | | | | | | | | $3,280 | $75,440 | $144,320 | $0 | $0 | -$144,320 |
| Plan Ranchland | Grabhorn - 241, 395, 399 | $1,645,000 | $1,700,000 | See Below | | | | | | | | | | $4,603 | $105,877 | $202,547 | $0 | $0 | -$202,547 |
| Plan Ranchland | Cooper - 351, 352, 397, 11225 | $1,585,000 | $1,600,000 | See Below | | | | | | | | | | $3,755 | $86,365 | $165,220 | $0 | $0 | -$165,220 |
| Plan Ranchland | Swan II - 12682, 15182, 15311 | $1,666,475 | $1,940,000 | See Below | | | | | | | | | | $4,775 | $105,050 | $205,325 | $0 | $0 | -$205,325 |
| Plan Ranchland | Johnson - 11711 | $1,497,450 | $3,900,000 | See Below | | | | | | | | | | $3,750 | $78,750 | $157,500 | $0 | $0 | -$157,500 |
| Plan Resort Property | Trion Lodge | $1,170,000 | $1,300,000 | $1,150,000 | | | | | | | | | | $7,667 | $0 | $0 | $0 | $0 | $0 |
| Pamplin Ranchland Swapped for Tait & RI *** | 231, 269, 289, 290, 292, 293, 294, 298, 348, 350 | $3,250,000 | $3,250,000 | See Below | | | | | | | | | | $0 | $1,297,192 | $1,297,192 | $0 | $0 | -$1,297,192 |
| Pamplin Ranchland Swapped for Tait & RI | 564, 586, 594, 595, 596, 597, 598, 599, 600, 604, 605, 611, 612, 8607, 11722, 11714, 12902, 11723, 11726, 12898, 12899, 12886 | $5,190,000 | $5,190,000 | See Below | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Pamplin Ranchland Swapped for Tait & RI | 593, 607, 627, 8617, 8778, 12786 | $13,010,000 | $13,010,000 | See Below | | | | | | | | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlement Asset (Property A) | R3203 03400 | $1,200,000 | $1,200,000 | $500,000 | 6/29/2026 | $509,200 | $509,200 | $1 | -$30,552 | -$1,307 | $477,342 | $0 | -$722,658 | $0 | $0 | $0 | $0 | $0 | -$722,658 |
| Settlement Asset (Property B) | R3203 03410 | $2,580,000 | $2,580,000 | $1,368,100 | 6/29/2026 | $1,390,800 | $1,390,800 | $32 | -$83,448 | -$16,688 | $1,290,697 | $0 | -$1,289,303 | $0 | $0 | $0 | $0 | $0 | -$1,289,303 |
| Settlement Asset (Property C) | R3203 03409 | $420,000 | $420,000 | N/A | 3/20/2026 | $412,588 | $412,588 | $406 | -$24,755 | -$2,923 | $385,316 | $0 | -$34,684 | $0 | $0 | $0 | $0 | $0 | -$34,684 |
| Settlement Asset (Property D) | R3203 03401 | $430,000 | $430,000 | N/A | 3/20/2026 | $422,412 | $422,412 | $755 | -$25,345 | -$2,993 | $394,829 | $0 | -$35,171 | $0 | $0 | $0 | $0 | $0 | -$35,171 |
| Settlement Asset (Property E) | R3203 03202 | $8,400,000 | $8,400,000 | $3,516,050 | 8/31/2026 | $3,900,000 | $3,468,253 | -$4,592 | -$234,000 | -$14,920 | $3,214,741 | $0 | -$5,185,259 | $0 | $0 | $0 | $0 | $0 | -$5,185,259 |
| Settlement Asset (Property F) | 3S2020001200 | $3,000,000 | $3,000,000 | $1,435,000 | 6/15/2026 | $1,600,000 | $1,600,000 | $186 | -$96,000 | -$5,788 | $1,498,398 | $0 | -$1,501,602 | $0 | $0 | $0 | $0 | $0 | -$1,501,602 |
| Settlement Asset (Property G) | R3203 03200 | $640,000 | $640,000 | $241,480 | 6/29/2026 | $300,000 | $300,000 | $5 | -$18,000 | -$1,725 | $280,280 | $0 | -$359,720 | $0 | $0 | $0 | $0 | $0 | -$359,720 |
| Settlement Asset (Property H) | R3203 03300 | $575,000 | $575,000 | N/A | 6/20/2025 | $575,000 | $575,000 | -$9,907 | -$34,500 | -$5,094 | $525,499 | $0 | -$49,501 | $0 | $0 | $0 | $0 | $0 | -$49,501 |
| Settlement Asset (Property K) | R3203 03100 | $9,100,000 | $9,100,000 | $4,135,000 | 9/25/2026 | $4,100,000 | $3,800,000 | -$7,489 | -$246,000 | -$8,575 | $3,537,936 | $0 | -$5,562,064 | $0 | $0 | $0 | $0 | $0 | -$5,562,064 |
| | **Total** | **$89,126,125** | **$94,245,000** | **$72,495,630** | | **$17,571,325** | **$16,648,578** | **-$57,888** | **-$1,042,820** | **-$80,834** | **$15,467,036** | **$0** | **-$15,153,964** | **$80,417** | **$2,647,573** | **$3,937,597** | **$0** | **$0** | **-$19,091,561** |

Notes:
All past due real estate taxes were paid in full by the plan (see Expenses Tab).
The three subranches have been appraised as of December 31, 2025 as follows:

| | | | |
|---|---|---|---|
| **Criterion Ranch (including BLM Permits)** | **$** | **29,820,000** | |
| **Willowdale Ranch** | **$** | **14,780,000** | |
| **Fessler Ranch** | **$** | **9,980,000** | |
| Total of Subranches | $ | 54,580,000 | |
| **Cross Keys Ranch** | **$** | **48,130,000** | (reflects a volumn discount) |

The unpaid lease payments represent the amounts due as of 12/31/24 for the Ross Island and Tait properties
Highlighted items are recent sells since the last quarter report

Gallagher
Insurance | Risk Management | Consulting

[yellow] - designates selected Settlement Assets

[blue] - designates additional Settlement Assets added to the Plan

## Pamplin-owned Property Job - Newmark #24-0213080

| Newmark Order Number | Pamplin Land Number (Map) | Address | Acres | Homesite | Planted | Plantable | Hazelnut | Ancillary | Tax ID Numbers | County | State | Appraisal Value Conclusion (11/4/2024) | Value Per Acres | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R | 33060 SW Bell Rd | 20.15 | 2.50 | 13.42 | | | 4.23 | 3S211B000101 | Washington | Oregon | **$2,825,000** | $140,199 | land; indoor and outdoor tennis courts; vineyards; well |
| 2 | F | 32255 SW Bell Rd | 78.67 | 2.00 | 3.74 | 20.00 | 12.50 | 40.43 | 3S2020001200 | Washington | Oregon | **$3,000,000** | $38,134 | land; buildings; vineyards; hazelnut; forest; well |
| 3 | G | 31875 NE Bell Rd. | 9.00 | 1.50 | | | 1.08 | 6.42 | R3203 03200 | Yamhill | Oregon | **$640,000** | $71,111 | land; buildings; hazelnut; well |
| 4 | E | 31461 NE Bell Rd. | 57.91 | 8.00 | 1.62 | | 27.23 | 21.06 | R3203 03202 | Yamhill | Oregon | **$8,400,000** | $145,053 | land; vineyards; hazelnut; buildings; 7 wells |
| 5 | H | 31875 NE Bell Rd. | 0.91 | 0.91 | | | | | R3203 03300 | Yamhill | Oregon | **$575,000** | $631,868 | land; buildings; well |
| 6 | N | 31450 NE Bell Rd. | 5.00 | 1.00 | | | 1.45 | 2.55 | R3210 00200 | Yamhill | Oregon | **$825,000** | $165,000 | Missing the appraisal for N |
| 7 | M | 15800 NE Quarry Rd. | F | 2.50 | 3.37 | | | 14.13 | R3210 00300 | Yamhill | Oregon | **$2,475,000** | #VALUE! | land; vinyard; buildings; well |
| 8 | C | 16850 NE Leander Dr. | 2.50 | | | | 2.50 | | R3203 03409 | Yamhill | Oregon | **$420,000** | $168,000 | land; hazelnut; well |
| 9 | B | 16850 NE Leander Dr. | 22.43 | 2.70 | 2.12 | | 14.50 | 3.11 | R3203 03410 | Yamhill | Oregon | **$2,580,000** | $115,025 | land; buildings; vineyards; hazelnut; well |
| 10 | K | 31235 NE Bell Rd. | 43.81 | 5.00 | 14.88 | | 6.50 | 17.43 | R3203 03100 | Yamhill | Oregon | **$9,100,000** | $207,715 | land; buildings; vineyards; hazelnut; well |
| 11 | D | 16850 NE Leander Dr. | 2.50 | 2.50 | | | | | R3203 03401 | Yamhill | Oregon | **$430,000** | $172,000 | land; buildings |
| 12 | A | 16850 NE Leander Dr. | 24.55 | 1.65 | 3.10 | | 16.00 | 3.80 | R3203 03400 | Yamhill | Oregon | **$1,200,000** | $48,880 | land; buildings; vineyards; hazelnut; well |
| **Total (Does Not Include A & C)** | | | **267.43** | | | | | | | | | **$32,470,000** | | |

## Extra Values Dr. Pamplin Requested Upon Site Inspection

| Newmark Order Number | Pamplin Land Number (Map) | Address | Acres | Homesite | Planted | Plantable | Hazelnut | Ancillary | Tax ID Numbers | County | State | Appraisal Value Conclusion (11/4/2024) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F (Hypothetical As Subdivided in Half) | 32255 SW Bell Rd | 39.34 | | 3.74 | | 5.00 | 30.60 | Part of 3S2020001200 | Washington | Oregon | **$840,000** |
| | A & C Combined | 31245 Northeast Bell rd. | 27.05 | | | | | | R3203 03400 & R3203 03409 | Yamhill | Oregon | **$1,690,000** |
| **Total (Does Not Include A & C)** | | | **39.34** | | | | | | | | | **$2,530,000** |







As a result of appraisals as of 12/31/25, these properties have been re-listed as follows:

| | |
|---|---|
| Parcel A | Sold June 29, 2026 |
| Parcel B | Sold June 29, 2026 |
| Parcel C | Sold March 20, 2026 |
| Parcel D | Sold March 20, 2026 |
| Parcel E | Sold August 31, 2026 |
| Parcel F | Sold June 15, 2026 |
| Parcel G | Sold June 29, 2026 |
| Parcel H | Sold June 20, 2025 |
| Parcel K | Sold September 25, 2026 |

Gallagher
Insurance | Risk Management | Consulting

| | |
|---|---|
| [red] | - designates Criterion property on Master List of Property |
| [green] | - designates Fessler property on Master List of Property |
| [blue] | - designates Willowdale property on Master List of Property |

The combination of Criterion, Fessler and Willowdale is called Cross Keys Ranch

**Listing Addendum**

| Property | Listed Price | Total Acres | Tax ID Numbers |
|---|---|---|---|
| Criterion | $29,900,000 | 33,219 | Jefferson County: 549, 551, 564, Portion of 586/8607, Portion of 594, 595, 596, 597, 598, 599, 600, 604, Portion of 605, 611, 612, Wasco County: 11688, 11711, 11715, 11722, 11723, 11726, 12644, 12648, 12674, 12675, 12682, 12684, 12687, 12742, 12792, 12793, 12794, 12797, 12798, 12799, 12800, 12802, 12810, 12814, 12816, 12817, 12871, 12875, 12876, 12886, 12887, 12888, 12889, 12890, 12891, 12892, 12893, 12898 & 11711, 12899, 12902 & 11714, 12903, 15182, 15311, 16412 |
| Fessler | $10,700,000 | 4,544.01 | Jefferson County: 51, 66, 122, 216, 217/519897, 225, 226, 227, 228, 229, 231, 241, 268, 269, 270, 289, 290, 291, 292, 293, 294, 297, 298, 348, 350, 351, 352, 397, 395, 399, 11225 |
| Willowdale | $15,900,000 | 13,324.18 | Jefferson County: Portion of 586/8607, 588/8608, 593, Portion of 594, Portion of 605, 607, 622, 627, 642, 8610, 8612, 8613, 8614, 8617, 8650, 8753, 8777, 8778, 12786 |
| Cross Keys Ranch | $52,250,000 | 51,087.42 | All Tax ID Numbers listed above |

Note:

As a result of the July 2025 appraisal of these properties (taking into account the wildfire impacts on Willowdale), the properties have been re-listed at the following amounts:

| | | | |
|---|---|---|---|
| **Criterion Ranch** | **$** | **29,900,000** | (no change) |
| **Willowdale Ranch** | **$** | **13,840,000** | (a decrease in April '26 to reflect the sale of a portion of Friend) |
| **Fessler Ranch** | **$** | **10,700,000** | (no change) |
| | | | |
| **Cross Keys Ranch** | **$** | **48,600,000** | (a decrease in April '26 to reflect the sale of a portion of Friend) |

Gallagher
Insurance | Risk Management | Consulting

**Report by Gallagher Fiduciary Advisors, LLC**
***on behalf of the R. B. Pamplin Corporation and Subsidiaries Pension Plan & Trust***

***Service Level 1 Fees and Expenses paid for by the Plan TO DATE which must be reimbursed from Pamplin Corporation in accordance with Consent Judgement***

| Description | Amount | | Notes |
|---|---|---|---|
| Total Sales Loss Amounts as of Date of Report | $15,153,964 | From Master List of Property Tab | |
| Total Unpaid Lease Amounts as of Date of Report | $3,937,597 | From Master List of Property Tab | |
| Total Unpaid Waterbills as of Date of Report | $0 | From Master List of Property Tab | |
| Total Unpaid Taxes as of Date of Report | $0 | From Master List of Property Tab | |
| *Total Sales Loss Amounts, Unpaid Lease Amounts, Unpaid Waterbills and Unpaid Taxes as of Date of Report* | $19,091,561 | | |
| *Expenses Billed or Paid as of the Date of the Report* | | | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 302925 from October 2023 | $9,788 | Paid 5/23/2024 | Pamplin Corp paid $25,000 on invoice #302925 ($34,787.50) |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 302926 from November 2023 | $11,688 | Paid 5/23/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 305223 from December 2023 | $6,280 | Paid 5/23/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326147 from January 2024 | $14,575 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326158 from February 2024 | $14,300 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326163 from March 2024 | $5,088 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326164 from April 2024 | $19,388 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326165 from May 2024 | $26,538 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 326167 from June 2024 | $14,163 | Paid 12/27/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327699 from July 2024 | $36,300 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327702 from August 2024 | $28,188 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327703 from September 2024 | $15,813 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 327704 from October 2024 | $30,113 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 329246 from November 2024 | $18,838 | Paid 12/31/2024 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 334683 from December 2024 | $27,500 | Paid 3/3/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 336252 from January 2025 | $17,188 | Paid 5/22/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 337603 from February 2025 | $23,788 | Paid 5/22/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 339006 from March 2025 | $23,787 | Paid 5/22/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 342589 from April 2025 | $22,413 | Paid 7/7/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 345606 from May 2025 | $15,125 | Paid 9/24/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 348228 from June 2025 | $22,569 | Paid 9/24/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 349718 from July 2025 | $34,650 | Paid 9/24/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 353191 from August 2025 | $11,275 | Paid 10/30/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 355680 from September 2025 | $22,688 | Paid 12/13/2025 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 357883 from October 2025 | $11,275 | Paid 1/16/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 360797 from November 2025 | $23,375 | Paid 2/9/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 363184 from December 2025 | $31,900 | Paid 3/11/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 365015 from January 2026 | $30,525 | Paid 3/26/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 367291 from February 2026 | $24,200 | Paid 5/18/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 370741 from March 2026 | $20,763 | Paid 5/28/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 372476 from April 2026 | $42,763 | Paid 6/25/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 374871 from May 2026 | $31,213 | Paid 7/20/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 378447 from June 2026 | $28,078 | Paid 8/31/2026 | |
| Gallagher Fiduciary Advisors Service Level 1 fees, Invoice 377710 from July 2026 | $22,424 | Paid 9/11/2026 | |
| Newmark 2023 appraisals, Invoice 394501 from January 2024 | $82,500 | Paid 5/28/2024 | |
| Newmark 2024 appraisals, Invoice 435309 from January 2025 | $53,600 | Paid 5/22/2025 | |
| IRR Retainer Fee - appraisal of Cross Keys Ranch | $15,000 | Paid 6/16/2025 | |
| IRR Retainer Fee - appraisal of Cross Keys Ranch | $15,000 | Paid 11/10/2025 | |
| IRR Retainer Fee - appraisal of 12 Oaks Farm | $15,000 | Paid 11/10/2025 | |
| IRR appraisal fee - Trion Lodge, Lake Oswego and Prineville | $16,000 | Paid 4/1/2026 | |
| Barran Liebman legal fees, Invoice 109161 from August 2024 | $8,245 | Paid 12/27/2024 | |
| Dunn Carney legal fees, Invoice 1551581 from August 2024 | $6,305 | Paid 12/27/2024 | |
| Dunn Carney legal fees, Invoice 1556466 from November 2024 | $1,954 | Paid 5/21/2025 | |
| Dunn Carney legal fees, Invoice 1559175 from January 2025 | $1,955 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1560759 from February 2025 | $1,587 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1557426 from March 2025 | $600 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1561694 from March 2025 | $901 | Paid 5/22/2025 | |
| Dunn Carney legal fees, Invoice 1561976 from March 2025 | $11,183 | Paid 5/19/2025 | |
| Dunn Carney legal fees, Invoice 1563942 from April 2025 | $5,359 | Paid 6/13/2025 | |
| Dunn Carney legal fees, Invoice 1564085 from April 2025 | $6,500 | Paid 7/31/2025 | |
| Dunn Carney legal fees, Invoice 1565324 from May 2025 | $318 | Paid 7/14/2025 | |
| Dunn Carney legal fees, Invoice 1565327 from May 2025 | $11,613 | Paid 7/31/2025 | |
| Dunn Carney legal fees, Invoice 1566824 from June 2025 | $901 | Paid 8/18/2025 | |
| Dunn Carney legal fees, Invoice 1566839 from June 2025 | $424 | Paid 9/2/2025 | |
| Dunn Carney legal fees, Invoice 1567839 from July 2025 | $4,434 | Paid 11/10/2025 | |
| Dunn Carney legal fees, Invoice 1567834 from July 2025 | $106 | Paid 11/10/2025 | |
| Dunn Carney legal fees, Invoice 1569295 from August 2025 | $477 | Paid 10/14/2025 | |
| Dunn Carney legal fees, Invoice 1569299 from August 2025 | $2,890 | Paid 10/14/2025 | |
| Dunn Carney legal fees, Invoice 1570822 from September 2025 | $3,941 | Paid 11/17/2025 | |
| Dunn Carney legal fees, Invoice 1572598 from September 2025 | $53 | Paid 12/13/2025 | |
| Dunn Carney legal fees, Invoice 1572601 from September and October 2025 | $10,074 | Paid 12/13/2025 | |
| Dunn Carney legal fees, Invoice 1574189 from November 2025 | $1,044 | Paid 1/16/2026 | |
| Dunn Carney legal fees, Invoice 1574730 from December 2025 | $4,452 | Paid 2/5/2026 | |
| Dunn Carney legal fees, Invoice 1576423 from January 2026 | $8,955 | Paid 3/6/2026 | |
| Dunn Carney legal fees, Invoice 1576420 from January 2026 | $111 | Paid 3/6/2026 | |
| Dunn Carney legal fees, Invoice 1577597 from February 2026 | $15,848 | Paid 4/20/2026 | |
| Dunn Carney legal fees, Invoice 1578561 from February 2026 | $348 | Paid 4/20/2026 | |
| Dunn Carney legal fees, Invoice 1579606 from March 2026 | $11,655 | Paid 5/15/2026 | |

| | | | |
|---|---|---|---|
| Dunn Carney legal fees, Invoice 1579609 from March 2026 | $696 | Paid | 5/15/2026 |
| Dunn Carney legal fees, Invoice 1580817 from April 2026 | $58 | Paid | 6/15/2026 |
| Dunn Carney legal fees, Invoice 1580823 from April 2026 | $58 | Paid | 6/15/2026 |
| Dunn Carney legal fees, Invoice 1580820 from April 2026 | $18,231 | Paid | 6/15/2026 |
| Dunn Carney legal fees, Invoice 1582167 from May 2026 | $6,653 | Paid | 7/17/2026 |
| Dunn Carney legal fees, Invoice 1582162 from May 2026 | $73,028 | Paid | 7/17/2026 |
| Dunn Carney legal fees, Invoice 1584531 from June 2026 | $58 | Paid | 9/11/2026 |
| Dunn Carney legal fees, Invoice 1584533 from June 2026 | $480 | Paid | 9/11/2026 |
| Dunn Carney legal fees, Invoice 1584537 from June 2026 | $2,030 | Paid | 9/11/2026 |
| Morgan Lewis legal fees, Invoice 5324372 from November 2023 | $3,544 | Paid | 3/26/2024 |
| Morgan Lewis legal fees, Invoice 5346560 from December 2023 | $1,519 | Paid | 5/28/2024 |
| Morgan Lewis legal fees, Invoice 5364717 from January 2024 | $3,899 | Paid | 5/28/2024 |
| Morgan Lewis legal fees, Invoice 5386145 from February 2024 | $17,897 | Paid | 5/28/2024 |
| Morgan Lewis legal fees, Invoice 5404479 from March 2024 | $25,828 | Paid | 5/28/2024 |
| Morgan Lewis legal fees, Invoice 5424734 from April 2024 | $439 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5446149 from May 2024 | $4,198 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5487675 from July 2024 | $4,198 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5509795 from August 2024 | $3,294 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5533605 from September 2024 | $21,876 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5548144 from October 2024 | $16,330 | Paid | 12/27/2024 |
| Morgan Lewis legal fees, Invoice 5568856 from November 2024 | $25,000 | Paid | 5/19/2025 |
| Morgan Lewis legal fees, Invoice 5586251 from December 2024 | $17,211 | Paid | 5/19/2025 |
| Morgan Lewis legal fees, Invoice5608471 from January 2025 | $98,329 | Paid | 5/19/2025 |
| Morgan Lewis legal fees, Invoice 5625701 from February 2025 | $70,062 | Paid | 5/19/2025 |
| Morgan Lewis legal fees, Invoice 5667448 from March 2025 | $75,076 | Paid | 6/13/2025 |
| Morgan Lewis legal fees, Invoice 5648131 from April 2025 | $99,802 | Paid | 7/15/2025 |
| Morgan Lewis legal fees, Invoice 5695145 from May 2025 | $121,507 | Paid | 8/18/2025 |
| Morgan Lewis legal fees, Invoice 5709110 from June 2025 | $75,636 | Paid | 8/18/2025 |
| Morgan Lewis legal fees, Invoice 5730155 from July 2025 | $35,949 | Paid | 9/19/2025 |
| Morgan Lewis legal fees, Invoice 5748025 from August 2025 | $38,258 | Paid | 10/14/2025 |
| Morgan Lewis legal fees, Invoice 5754773 from September 2025 | $13,757 | Paid | 11/25/2025 |
| Morgan Lewis legal fees, Invoice 5774263 from October 2025 | $30,819 | Paid | 11/25/2025 |
| Morgan Lewis legal fees, Invoice 5774264 from October 2025 | $2,665 | Paid | 11/25/2025 |
| Morgan Lewis legal fees, Invoice 5796337 from November 2025 | $19,190 | Paid | 1/2/2026 |
| Morgan Lewis legal fees, Invoice 5811738 from December 2025 | $3,434 | Paid | 1/16/2026 |
| Morgan Lewis legal fees, Invoice 5832136 from January 2026 | $11,852 | Paid | 2/24/2026 |
| Morgan Lewis legal fees, Invoice 5832134 from February 2026 | $549 | Paid | 2/24/2026 |
| Morgan Lewis legal fees, Invoice 5856325 from February 2026 | $26,841 | Paid | 3/26/2026 |
| Morgan Lewis legal fees, Invoice 5882011 from March 2026 | $47,640 | Paid | 4/23/2026 |
| Morgan Lewis legal fees, Invoice 5895008 from April 2026 | $79,854 | Paid | 5/15/2026 |
| Morgan Lewis legal fees, Invoice 5921890 from May 2026 | $55,897 | Paid | 6/23/2026 |
| Morgan Lewis legal fees, Invoice 5949831 from June 2026 | $36,024 | | |
| Morgan Lewis legal fees, Invoice 5979890 from July 2026 | $102,905 | | |
| Stewart Title, Invoice 80070 | $19,105 | Paid | 12/27/2024 |
| Stewart Title - Processing fee paid by Morgan Lewis on invoice 5774263 | $300 | Paid | 11/25/2025 |
| Steward Title, Invoice 93540 | $19,750 | Paid | 1/16/2026 |
| Exit Strategies, Invoice 3536 from February 2025 | $5,000 | Paid | 2/3/2025 |
| Exit Strategies, Invoice 3649 from March 2025 | $8,000 | Paid | 6/12/2025 |
| The Vinery - Anne Amie and Pamplin Family Winery Appraisal fee | $25,000 | Paid | 3/23/2026 |
| The Vinery - 12 Oaks Farm Appraisal retainer fee | $15,000 | Paid | 4/1/2026 |
| The Vinery - 12 Oaks Farm Appraisal remaining fee | $15,000 | Paid | 6/23/2026 |
| CSC Invoice 20017864845 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864849 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864856 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864860 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864865 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864869 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864873 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864876 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864879 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864887 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864898 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864902 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864905 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864913 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864917 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864920 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864934 | $378 | Paid | 5/27/2025 |
| CSC Invoice 20017864937 | $378 | Paid | 5/27/2025 |
| CSC Invoice 84434804 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435054 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435367 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435557 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435762 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435766 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435852 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435874 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84435900 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436200 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436292 | $74 | Paid | 1/2/2026 |

| | | | |
|---|---|---|---|
| CSC Invoice 84436318 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436430 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436484 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436960 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84436964 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84437320 | $74 | Paid | 1/2/2026 |
| CSC Invoice 84437323 | $74 | Paid | 1/2/2026 |
| CSC Invoice 20019972218 | $382 | Paid | 4/3/2026 |
| CSC Invoice 5009568208 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009654226 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009726258 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009728985 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009729634 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009731241 | $554 | Paid | 6/4/2026 |
| CSC Invoice 5009734494 | $554 | Paid | 6/4/2026 |
| CSC Invoice 86119136511 | $385 | Paid | 6/3/2026 |
| CSC Invoice 86119136513 | $385 | Paid | 6/3/2026 |
| CSC Invoice 86119136515 | $385 | Paid | 6/3/2026 |
| CSC Invoice 86119136550 | $385 | Paid | 6/3/2026 |
| CSC Invoice 86119136554 | $385 | Paid | 6/3/2026 |
| CSC Invoice 86119136555 | $385 | Paid | 6/3/2026 |
| CT Corporation Invoice 5009568208 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009654226 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009726258 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009728985 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009729634 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009731241 | $554 | Paid | 6/4/2026 |
| CT Corporation Invoice 5009734494 | $554 | Paid | 6/4/2026 |
| Dealin' In Signs Invoice 18207 | $500 | Paid | 5/27/2025 |
| Dealin' In Signs Invoice 18341 | $269 | Paid | 5/27/2025 |
| Results Partners Invoice 951-004770 | $32,221 | Paid | 6/12/2025 |
| Results Partners Invoice 958-004763 | $23,273 | Paid | 6/12/2025 |
| Results Partners Invoice 951-004816 (Anne Amie - April 2025) | $9,184 | Paid | 7/15/2025 |
| Results Partners Invoice 958-004811 (Pamplin Family Winery - April 2025) | $7,176 | Paid | 7/15/2025 |
| Results Partners Invoice 951-004889 (Anne Amie - May 2025) | $37,612 | Paid | 7/15/2025 |
| Results Partners Invoice 958-004883 (Pamplin Family Winery - May 2025) | $18,955 | Paid | 7/15/2025 |
| Results Partners Invoice 951-004953 (Anne Amie - June 2025) | $13,066 | Paid | 7/15/2025 |
| Results Partners Invoice 958-004950 (Pamplin Family Winery - June 2025) | $9,908 | Paid | 7/15/2025 |
| Results Partners Invoice 951-005052 (Anne Amie -July 2025) | $58,857 | Paid | 12/13/2025 |
| Results Partners Invoice 958-005049 (Pamplin Family Winery - July 2025) | $23,013 | Paid | 12/13/2025 |
| Results Partners Invoice 951-005151 (Anne Amie - August 2025) | $16,476 | Paid | 12/13/2025 |
| Results Partners Invoice 958-005148 (Pamplin Family Winery - August 2025) | $7,114 | Paid | 12/13/2025 |
| Results Partners Invoice 951-005241 (Anne Amie - September 2025) | $4,079 | Paid | 12/13/2025 |
| Results Partners Invoice 958-005238 (Pamplin Family Winery - September 2025) | $1,922 | Paid | 12/13/2025 |
| Results Partners Invoice 951-005317 (Anne Amie - October 2025) | $2,505 | Paid | 1/12/2026 |
| Results Partners Invoice 958-005314 (Pamplin Family Winery - October 2025) | $4,775 | Paid | 1/12/2026 |
| Results Partners Invoice 951-005397 (Anne Amie - November 2025) | $7,771 | Paid | 1/12/2026 |
| Results Partners Invoice 958-005394 (Pamplin Family Winery - November 2025) | $2,810 | Paid | 1/12/2026 |
| Results Partners Invoice 951-005445 (Anne Amie - December 2025) | $299 | Paid | 1/12/2026 |
| Results Partners Invoice 958-005425 (Pamplin Family Winery - December 2025) | $691 | Paid | 1/12/2026 |
| Results Partners Invoice 951-005565 (Anne Amie - January 2026) | $35,850 | Paid | 4/8/2026 |
| Results Partners Invoice 958-005562 (Pamplin Family Winery - January 2026) | $1,519 | Paid | 4/8/2026 |
| Results Partners Invoice 951-005651(Anne Amie - February 2026) | $3,957 | Paid | 4/8/2026 |
| Results Partners Invoice 958-005648 (Pamplin Family Winery - Feburary 2026) | $21,697 | Paid | 4/8/2026 |
| Results Partners Invoice 951-005759 (Anne Amie - March 2026) | $4,255 | Paid | 4/8/2026 |
| Results Partners Invoice 958-005756 (Pamplin Family Winery - March 2026) | $5,328 | Paid | 4/8/2026 |
| Results Partners Invoice 951-005859 (Anne Amie - April 2026) | $12,286 | Paid | 7/14/2026 |
| Results Partners Invoice 958-005855 (Pamplin Family Winery - April 2026) | $10,588 | Paid | 7/14/2026 |
| Results Partners Invoice 951-005938 (Anne Amie - May 2026) | $33,809 | Paid | 7/14/2026 |
| Results Partners Invoice 958-005935 (Pamplin Family Winery - May 2026) | $24,599 | Paid | 7/14/2026 |
| Results Partners Invoice 951-006015 (Anne Amie - June 2026) | $25,007 | Paid | 7/14/2026 |
| Results Partners Invoice 958-006024 (Pamplin Family Winery - June 2026) | $21,957 | Paid | 7/14/2026 |
| Viscosity - Water Treatment System for Yamhill House closing | $20,486 | Paid | 6/19/2025 |
| Partner RESI - Phase I reports on farm properties | $27,900 | Paid | 6/19/2025 |
| Phillips Pump invoices for Anne Amie Vineyard | $11,553 | Paid | 6/19/2025 |
| Phillips Pump invoice for Parcel F | $315 | Paid | 6/25/2026 |
| Phillips Pump invoice for Parcel K | $465 | Paid | 7/6/2026 |
| Phillips Pump invoice for Parcel B | $300 | Paid | 7/6/2026 |
| Abbas Pump invoice for Cross Keys Ranch | $13,780 | Paid | 8/18/2025 |
| Pape Machinery invoice for Cross Keys Ranch | $1,312 | Paid | 8/18/2025 |
| Pape Machinery invoice for Cross Keys Ranch | $6,926 | Paid | 3/24/2026 |
| Ranch services (April 16th to May 15th) | $20,407 | Paid | 5/27/2025 |
| Ranch services (May 16th to June 15th) | $20,529 | Paid | 6/19/2025 |
| Ranch services (June 16th to July 15th) | $23,189 | Paid | 7/23/2025 |
| Ranch services (July 16th to August 15th) | $21,587 | Paid | 8/19/2025 |
| Ranch services (August 16th to September 15th) | $20,596 | Paid | 9/19/2025 |
| Ranch services (September 16th through October 15th) | $20,385 | Paid | 10/21/2025 |
| Ranch services (October 16th through November 15th) | $20,617 | Paid | 11/19/2025 |
| Ranch services (November 16th through December 15th) | $18,213 | Paid | 12/17/2025 |
| Ranch services (December 16th through January 15th) | $16,797 | Paid | 1/23/2026 |
| Ranch services (January 16th through February 15th) | $18,279 | Paid | 2/25/2026 |
| Ranch services (February 16th through March 15th) | $18,485 | Paid | 3/16/2026 |
| Ranch services (March 16th through April 15th) | $20,902 | Paid | 4/23/2026 |
| Ranch services (April 16th to May 15th) | $20,566 | Paid | 5/20/2026 |
| Ranch services (May 16th to June 15th) | $18,519 | Paid | 6/16/2026 |
| Ranch services (June 16th to July 15th) | $17,201 | Paid | 7/22/2026 |
| Ranch services (July 16th to August 15th) | $17,137 | Paid | 8/19/2026 |
| Ranch services (August 16th to September 15th) | $16,919 | Paid | 9/22/2026 |
| Always There Landscape Maintenance for Prineville | $1,000 | Paid | 8/13/2026 |
| Smoke detectors, dump fees and fuel for Yamhill House incurred by Alvaro Fontan | $2,546 | Paid | 6/10/2025 |
| Central Oregon Heating, Cooling & Plumbing - fixed pump in Saloon | $770 | Paid | 1/12/2026 |
| Central Oregon Heating, Cooling & Plumbing | $17,439 | Paid | 5/14/2026 |
| Central Oregon Heating, Cooling & Plumbing | $199 | Paid | 5/11/2026 |
| Central Oregon Heating, Cooling & Plumbing | $2,150 | Paid | 6/23/2026 |
| Gresham cleanup expenses incurred by Alvaro Fontan | $3,254 | Paid | 7/31/2025 |
| Gresham cleanup expenses incurred by Alvaro Fontan | $1,072 | Paid | 8/5/2025 |
| Anne Amie cleanup expenses incurred by Alvaro Fontan | $741 | Paid | 1/5/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $447 | Paid | 1/7/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $748 | Paid | 4/14/2026 |
| Anne Amie landscaping expenses incurred by Alvaro Fontan | $591 | Paid | 5/14/2026 |
| Anne Amie landscaping expenses incurred by Alvaro Fontan | $776 | Paid | 6/9/2026 |

| | | | |
|---|---|---|---|
| Anne Amie roof expenses incurred by Alvaro Fontan | $543 | Paid | 3/9/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $2,238 | Paid | 7/22/2026 |
| 12 Oaks Farms locksmith expenses | $3,133 | Paid | 7/22/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $1,162 | Paid | 8/5/2026 |
| 12 Oaks Farms - A-Affordable Septic Services | $3,609 | Paid | 8/7/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $3,578 | Paid | 8/20/2026 |
| 12 Oaks Farms cleanup expenses incurred by Alvaro Fontan | $2,413 | Paid | 9/14/2026 |
| Albina deposit for Arbitrator | $2,500 | Paid | 5/16/2025 |
| Albina amount to Arbitrator | $6,880 | Paid | 6/12/2026 |
| Albina amount to Arbitrator | $915 | Paid | 8/20/2026 |
| Albina amount to Arbitrator | $4,397 | Paid | 8/20/2026 |
| Preliminary Arbitration Award 1 - Albina Gateway | $678,044 | Paid | 9/18/2026 |
| Preliminary Arbitration Award 2 - Albina Gateway | $35,986 | Paid | 9/18/2026 |
| ERS Locksmith | $300 | Paid | 9/22/2025 |
| Wasco Electric Bills - May 2025 | $3,225 | Paid | 5/30/2025 |
| Wasco Electric Bills - June 2025 | $3,703 | Paid | 8/5/2025 |
| Wasco Electric Bills - July 2025 | $2,100 | Paid | 8/26/2025 |
| Wasco Electric Bills - August 2025 | $802 | Paid | 10/9/2025 |
| Wasco Electric Bills - September 2025 | $772 | Paid | 12/3/2025 |
| Wasco Electric Bills - October 2025 | $697 | Paid | 12/3/2025 |
| Wasco Electric Bills - November 2025 | $904 | Paid | 1/5/2026 |
| Wasco Electric Bills - December 2025 | $1,004 | Paid | 1/23/2026 |
| Wasco Electric Bills - December 2025 (2 new accounts on Criterion) | $1,197 | Paid | 1/29/2026 |
| Wasco Electric Bills - January 2026 | $1,322 | Paid | 2/20/2026 |
| Wasco Electric Bills - February 2026 | $1,438 | Paid | 3/23/2026 |
| Wasco Electric Bills - March 2026 | $1,709 | Paid | 4/21/2026 |
| Wasco Electric Bills - April 2026 | $1,701 | Paid | 5/21/2026 |
| Wasco Electric Bills - May 2026 | $2,149 | Paid | 7/9/2026 |
| Wasco Electric Bills - June 2026 | $2,642 | Paid | 8/11/2026 |
| Wasco Electric Bills - July 2026 | $2,098 | Paid | 9/15/2026 |
| Central Electric Bills - June 2025 | $12,066 | Paid | 5/30/2025 |
| Central Electric Bills - July 2025 | $34,277 | Paid | 7/29/2025 |
| Central Electric Bills - August 2025 | $30,152 | Paid | 9/4/2025 |
| Central Electric Bills - September 2025 | $14,451 | Paid | 10/14/2025 |
| Central Electric Bills - October and November 2025 | $23,656 | Paid | 1/5/2026 |
| Central Electric Bills - December 2025 and January 2026 | $8,017 | Paid | 2/3/2026 |
| Central Electric Bills - January 2026 and February 2026 | $9,619 | Paid | 3/13/2026 |
| Central Electric Bills - March 2026 | $9,261 | Paid | 4/14/2026 |
| Central Electric Bills - April 2026 | $17,965 | Paid | 5/15/2026 |
| Central Electric Bills - May 2026 | $17,274 | Paid | 6/9/2026 |
| Central Electric Bills - June 2026 | $15,390 | Paid | 7/21/2026 |
| Central Electric Bills - July 2026 | $27,212 | Paid | 9/14/2026 |
| Pacific Power - February 2026 | $511 | Paid | 2/5/2026 |
| City of Prineville - Water and Sewer for 558 N Main St | $197 | Paid | 6/15/2026 |
| City of Prineville - Water and Sewer for 574 N Main St | $171 | Paid | 6/15/2026 |
| City of Prineville - Water and Sewer for 558 N Main St | $356 | Paid | 8/19/2026 |
| City of Prineville - Water and Sewer for 574 N Main St | $329 | Paid | 8/19/2026 |
| City of Prineville - Taxes | $13,219 | Paid | 9/18/2026 |
| Deschutes Valley Water District - February 2026 | $142 | Paid | 3/13/2026 |
| North Unit Irrigation District | $12,942 | Paid | 6/25/2026 |
| Central Engineering Services - August 2025 (Gresham environmental) paid by Morgan Lewis 5774263 | $798 | Paid | 11/25/2025 |
| Vice Heating and Cooling - January 2026 (natural gas services at Prineville) | $1,292 | Paid | 1/23/2026 |
| Portland General Electric - September 2025 | $11,667 | Paid | 10/14/2025 |
| Portland General Electric - February 2026 | $16,660 | Paid | 2/17/2026 |
| Portland General Electric - March 2026 | $4,131 | Paid | 3/4/2026 |
| Portland General Electric - April 2026 | $8,536 | Paid | 3/25/2026 |
| Portland General Electric - May 2026 | $598 | Paid | 6/2/2026 |
| Portland General Electric - June 2026 | $983 | Paid | 9/17/2026 |
| Cascade Natural Gas - March 2026 | $1,872 | Paid | 3/4/2026 |
| City of Prineville - February 2026 | $711 | Paid | 3/20/2026 |
| Yamhill Property Taxes | $291,182 | Paid | 8/4/2025 |
| Yamhill Property Taxes | $79,658 | Paid | 11/12/2025 |
| Washington County Property Taxes | $9,496 | Paid | 8/1/2025 |
| Washington County Property Taxes | $4,113 | Paid | 11/12/2025 |
| Jefferson County Property Taxes | $182,165 | Paid | 8/1/2025 |
| Jefferson County Property Taxes | $65,882 | Paid | 10/22/2025 |
| Jefferson County Property Taxes (additional account) | $20 | Paid | 2/3/2026 |
| Crook County Property Taxes 558 N Main | $21,285 | Paid | 6/15/2026 |
| Crook County Property Taxes 574 N Main | $6,553 | Paid | 6/15/2026 |
| Clackamas County Property Taxes 16710 Boones Ferry Rd | $6,992 | Paid | 6/25/2026 |
| Clackamas County Property Taxes 4905 Upper Dr | $5,400 | Paid | 6/25/2026 |
| Wasco County Property Taxes | $16,846 | Paid | 8/1/2025 |
| Wasco County Property Taxes | $12,075 | Paid | 11/12/2025 |
| WasteXpress (Gresham cleanup) | $490 | Paid | 8/18/2025 |
| WasteXpress (Gresham cleanup) | $11,322 | Paid | 8/18/2025 |
| Ramboll - Phase II Environmental Study at Gresham | $22,676 | Paid | 10/9/2025 |
| USI Insurance (amending property coverage with Kinsale) | $2,144 | Paid | 4/21/2026 |
| USI Insurance (amending property coverage with Lexington) | $2,772 | Paid | 6/12/2026 |
| USI Insurance (amending general liability coverage to add four properties) | $469 | Paid | 6/22/2026 |
| USI Insurance (adding fencing to the property policy through Lexington) | $11,923 | Paid | 7/6/2026 |
| Chubb - Insurance Policies from January 2025 | $152,357 | Paid | 1/23/2025 |
| Chubb - Insurance Policies from January 2025 | $12,285 | Paid | 1/23/2025 |
| Chubb - Insurance Policies from January 2026 | $215,213 | Paid | 1/12/2026 |
| *Total of Expenses Billed or Paid as of the Date of the Report* | $5,605,560 | | |